UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUZHEN OU, <u>et al.</u>,<br><br>        Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security <u>et al.</u>,<br><br>        Defendants. | Case Number: 1:08CV0463(RJL) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated: April 11, 2008        Respectfully submitted,

                                            /s/ Robin M. Meriweather
                                    ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                    Assistant United States Attorney
                                    555 Fourth St., N.W.
                                    Washington, D.C.  20530
                                    Phone: (202) 514-7198   Fax: (202) 514-8780
                                    Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of April 2008 I caused the foregoing Notice to be filed via the Court's Electronic Case Filing system and to be served upon Plaintiffs through their counsel via first class mail, postage prepaid, addressed as follows:

Justin X. Wiang
Peggy A. Shih
Baughman & Wang
111 Pine Street Suite 1350
San Francisco, CA 94111

/s/
ROBIN M. MERIWEATHER, D.C. Bar # 490114