JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiffs
YUZHEN OU;
SHIWANG YANG;
HIUMIN YANG

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUZHEN OU; SHIWANG YANG; HUIMIN YANG<br><br>       Plaintiffs<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; CONDOLEEZZA RICE, Secretary, Department of State<br><br>       Defendants. | Case No.: **1:08CV0463(RJL)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVE that pursuant to Fed.R.Civ.Pro.41(a), plaintiffs voluntarily dismiss the above-captioned action without prejudice.

Dated:   August 6, 2008                                                 Respectfully submitted,

                                                                                          _____
                                                                                          Justin X. WANG, Esq.
                                                                                          Attorney for Plaintiffs

---