08/07/2008 14:54   4155769929                BAUGHMAN AND WANG                    PAGE 01/01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUZHEN OU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security et al., <br><br> Defendants. | Case Number: 1:08CV0463(RJL) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby agree that the above-captioned case be voluntarily dismissed without prejudice. Each side shall bear its own costs and fees.

*[signature]*
YUZHEN OU
SHIWANG YANG
HUIMIN YANG
442 Vienna Street
San Francisco, CA 94112
*Pro Se* Plaintiffs

Respectfully submitted,

*[signature]* /Duk
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

*[signature]* /Duk
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

*[signature]*
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendants*

-1-